NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10329 |
| Plaintiff - Appellee, | D.C. No. 2:99-cr-00195-LDG |
| v. |  |
| RAUL RAMIREZ, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Raul Ramirez appeals pro se from the district court's order dismissing his

Fed. R. Crim. P. 41(g) motion to return $4,527 seized from him on May 4, 1999.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Ramirez contends that the district court erred in dismissing his Rule 41(g) motion as barred by the statute of limitations.  The district court did not clearly err in finding that Ramirez's motion was filed on May 8, 2008, and the motion was therefore untimely.  *See* 28 U.S.C. § 2401(a).

**AFFIRMED.**